FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL - 2 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> v. ) <br> KIMBERLY DAWN KEISTER, ) <br> Defendant. ) | Case No. SACR 12-131 CJC <br><br> ORDER OF DETENTION <br><br> [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. §3143(a)] |

The defendant having been arrested in this judicial district pursuant to a warrant issued by the Honorable Cormac J. Carney, United States District Judge, for an alleged violation of the terms and conditions of the defendant's supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), The Court finds that:

A.  (X)  The defendant has not met her burden of establishing by clear and convincing evidence that she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's lack of bail resources, lack of a stable residence, and the nature of the charged offense, which indicates the defendant is unlikely to comply with conditions of release; and

///

///

B.   (X)   The defendant has not met her burden of establishing by clear and convincing evidence that she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the nature of the charged offense and defendant's criminal history.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: July 2, 2013

                                            /s/   Arthur Nakazato
                                            ARTHUR NAKAZATO
                                    UNITED STATES MAGISTRATE JUDGE