UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>KIMBERLY DAWN KEISTER,<br><br>　　　　　Defendant. | Case No. SA CR 12-00131-CJC<br><br>ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. . § 3143(a)] |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of her Supervised release; and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　　The Court finds that:

A. ( X ) The defendant has not met her burden of establishing by clear and convincing evidence that she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

Lack of bail resources; repeated violations of supervised release conditions strongly indicate lack of amenability to supervision; history of narcotics use plus failure to

1  complete court-ordered treatment program.

2  and

3  B. ( X ) The defendant has not met her burden of establishing by clear and convincing evidence that she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on: Defendant's criminal history; repeated violations of supervised release conditions strongly indicate lack of amenability to supervision; history of narcotics use plus failure to complete court-ordered treatment program.

   IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated: 6/12/2014

DOUGLAS F. McCORMICK
United States Magistrate Judge